FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2023 FEB -1  AM 11: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

DANIEL MICHAEL MOHAT
a/k/a "Dan"

Case No.   3:23-cr-12-MMH-MCR
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2422(b) & 2427

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From on or about August 24, 2022, through on or about September 2, 2022, in the Middle District of Florida and elsewhere, the defendant,

DANIEL MICHAEL MOHAT,
a/k/a "Dan,"

did knowingly attempt to employ, use, persuade, induce, entice, and coerce a person whom the defendant believed to be a minor to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using facilities of interstate commerce, that is, by cellular telephone and computer via the internet.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

From on or about August 24, 2022, through on or about September 2, 2022, in the Middle District of Florida and elsewhere, the defendant,

DANIEL MICHAEL MOHAT,
a/k/a "Dan,"

using a facility of interstate commerce, that is, by cellular telephone and the internet, did knowingly and willfully attempt to persuade, induce, entice, and coerce a person whom defendant believed had not reached the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, that is, the production of child pornography, in violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 2427.

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of 18 U.S.C. § 2253 and 18 U.S.C. § 2428.

2.  Upon conviction of a violation of 18 U.S.C. §§ 2251(a) and (e), the defendant, DANIEL MICHAEL MOHAT, a/k/a "Dan," shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253, any visual depiction

described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

    3.    Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant, DANIEL MICHAEL MOHAT, a/k/a "Dan," shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2428:

    a.    any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

    4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
DAVID B. MESROBIAN
Assistant United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
1/31/23 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DANIEL MICHAEL MOHAT,
a/k/a "Dan"

## INDICTMENT

Violations:  Ct. 1: 18 U.S.C. §§ 2251(a) & (e)
Ct. 2: 18 U.S.C. §§ 2422(b) & 2427

A true bill,

_____
Foreperson

Filed in open court this 1st day

of February 1, 2023.

Inacu S. Perrotti
_____
Clerk

Bail  $_____

GPO 863 525